1

2

3

4

5

6          NITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                 AT SEATTLE

8  UNITED STATES OF AMERICA

9                    Plaintiff,          Case No. CR11-120-JCC

10      v.                               **DETENTION ORDER**

11  JACOB SAUL STUART,

12                    Defendant.

13  Offense charged:

14      Conspiracy to Distribute Marijuana.
        Conspiracy to Distribute Cocaine.
15      Forfeiture Allegations.

16  Date of Detention Hearing:  May 5, 2011.

17      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

18  and based upon the factual findings and statement of reasons for detention hereafter set forth,

19  finds that no condition or combination of conditions which the defendant can meet will

20  reasonably assure the appearance of the defendant as required and the safety of any other person

21  and the community.

22      **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

23      The government proffered the defendant is the head of an international drug trafficking

DETENTION ORDER - 1

1   organization who coordinated the distribution of large quantities of cocaine and marijuana in the

2   United States and Canada.  The government proffered evidence that defendant has made threats

3   of violence against other individuals who owe the organization money.  The drug trafficking

4   organization generated large amounts of cash.  Much of these proceeds are unaccounted for and

5   thus the defendant may have access to assets which will allow him to flee.  Additionally, the

6   assets the defendant has reported do not square with the amount of money the organization has

7   generated.  The government proffered that defendant's guideline range is 360 months to life in

8   prison and that he faces a mandatory ten years of prison if convicted.  These stiff penalties

9   provide defendant with a substantial incentive to flee.

10        It is therefore **ORDERED**:

11        (1)     Defendant shall be detained pending trial and committed to the custody of the

12   Attorney General for confinement in a correctional facility separate, to the extent practicable,

13   from persons awaiting or serving sentences, or being held in custody pending appeal;

14        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

15   counsel;

16        (3)     On order of a court of the United States or on request of an attorney for the

17   Government, the person in charge of the correctional facility in which Defendant is confined

18   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

19   connection with a court proceeding; and

20        (4)     The clerk shall direct copies of this order to counsel for the United States, to

21   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

22   ///

23   ///

DETENTION ORDER - 2

1    Officer.

2         DATED this 5th day of May, 2011.

3

4    _____

         BRIAN A. TSUCHIDA
5        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3