UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>JACOB SAUL STUART,<br><br>                  Defendant. | Case No. CR11-120-JCC<br><br>**DETENTION ORDER** |

Offense charged:

    Conspiracy to Distribute Marijuana.
    Conspiracy to Distribute Cocaine.
    Forfeiture Allegations.

Date of Detention Hearing: May 5, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The government proffered the defendant is the head of an international drug trafficking

DETENTION ORDER - 1

organization who coordinated the distribution of large quantities of cocaine and marijuana in the United States and Canada.  The government proffered evidence that defendant has made threats of violence against other individuals who owe the organization money.  The drug trafficking organization generated large amounts of cash.  Much of these proceeds are unaccounted for and thus the defendant may have access to assets which will allow him to flee.  Additionally, the assets the defendant has reported do not square with the amount of money the organization has generated.  The government proffered that defendant's guideline range is 360 months to life in prison and that he faces a mandatory ten years of prison if convicted.  These stiff penalties provide defendant with a substantial incentive to flee.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

///

///

DETENTION ORDER - 2

1  Officer.

2     DATED this 5th day of May, 2011.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge

DETENTION ORDER - 3