C14-0871 JCC

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Western Washington** |
|---|---|
| Name (under which you were convicted):<br>Jacob Saul Stuart | Docket or Case No.:<br>2:11CR00120JCC-001 |
| Place of Confinement:<br>FCI Lompoc (Low) | Prisoner No.:<br>41158-086 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Western District of Washington
   700 Stewart Street   Seattle, WA 98101-1271

   (b) Criminal docket or case number (if you know):

2. (a) Date of the judgment of conviction (if you know):
   10-19-2012

   (b) Date of sentencing: 10-19-2012

3. Length of sentence: 180 Months

4. Nature of crime (all counts): 21 USC 841(a)(1), 841(b)(1)(A) and 846 Conspiracy to Distribute Marijuana and Cocaine
   18 USC § 1956(h) Conspiracy to Commit Money Laundering

5. (a) What was your plea? (Check one)
      (1)  Not guilty ❑     (2)  Guilty ☒     (3)  Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ❑    Judge only ❑



14-CV-00871-PET

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:

   (a) Name of court:

   (b) Docket or case number (if you know):

   (c) Result:

   (d) Date of result (if you know):

   (e) Citation to the case (if you know):

   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know):

   (2) Result:

   (3) Date of result (if you know):

   (4) Citation to the case (if you know):

   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

       (2) Docket or case number (if you know):

       (3) Date of filing (if you know):

  (4) Nature of the proceeding:

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

  (7) Result:

  (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

  (1) Name of court:

  (2) Docket or case number (if you know):

  (3) Date of filing (if you know):

  (4) Nature of the proceeding:

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

  (7) Result:

  (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition:   Yes ☐   No ☒

  (2) Second petition:   Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Ineffective Counsel. Michael Nance and Brian Hershman did not get affidavit from my father. They also did not have him stand up at my sentencing and give a sworn statement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I informed Michael Nance and Brian Hershman on numerous occasions about the gun as they told me that they were going to get an affidavit from Jim Witherspoon, (My father), stating that he had me take the .22 caliber pistol from the family ranch because he did not want my 12 year old cousin using it. It had been at the family property for approximently 5 years and my cousin had just moved there because both of his parents had passed. I bought the gun in Spokane, Washington to be used exclusively at the ranch for pest control(killing ground squirells so so the cattle would not break their legs in the holes. My father informed me that one of my lawyers had contacted him and said that he was going to call back for the affidavit and they did not. Before my sentencing I asked Michael Nance if he had gotten the affidavit from my father and he had not. Michael asked me if my father was going to be at the sentencing and I answered Yes, he then proceeded to tell me that he would have my father stand up at sentencing and give a sworn statement and he did not do that either.

(b) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND TWO:** Ineffective Counsel. The Discovery photo shows the trigger lock on the gun.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The Agents took pictures that show a trigger lock on the gun with a key hole and produced no key. The gun was also a .22 caliber pistol. I did not ever know where I hid the key to the trigger lock. When I saw the Discovery photo I informed both Michael Nance and Brian Hershman of the Photo and they did nothing about it.

(b) **Direct Appeal of Ground Two:**

 (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☒

 (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

 (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

 (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☒

 (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐   No ☒

 (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐   No ☒

 (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Ineffective Counsel. Michael Nance and Brian Hershman did not object to the two moving violations which moved me up to category 2.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I discussed this numerous times with both lawyers, as they both told me they would look into it and argue this point in court. Please see info below showing both moving violation arrests are over 10 years from my current arrest.

| | | |
|---|---|---|
| 4/29/2000 (age 28) | Count 1:Driving under the Influence; Count 2:Negligent Driving; | Seattle Municipal Court; Case No. 378912 |
| 1/19/2001 (age 28) | Driving w/ License Suspended 3rd Deg; | Lake Forest Park Municipal Court; Case No. CR001380 |

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏   No ❏

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏   No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏   No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?

   If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   Yes, I repeatedly asked both of my lawyers to focus on the gun and my moving violations from the beginning of my case. They told me that they would get the affidavit from my father and then the sworn statement at sentencing and they did not. I asked my lawyers to argue my moving violations because on two of my points it had been over 10 years from my arrest.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐   No ☒

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: Michael Nance 615 Second Ave Suite 760 Seattle, Wa 98104

   (b) At arraignment and plea: Michael Nance, Brian Hershman
   Brian Hershman, 1105 Tacoma Ave. S. Tacoma, Wa 98402

   (c) At trial:

   (d) At sentencing: Michael Nance, Brian Hershman

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ❏  No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ❏  No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ❏  No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

```
1-year period of limitation shall apply to a motion under this section.
The limitation period shall run from the latest of-
(1) the date on which the judgement of conviction becomes final;
(2) the date on which the impediment to making a motion created by govermental action
 in violation of the Constitution or laws of the Untied States is removed, if the
 movant was prevented from making a motion by such governmently action;
* (3) the date on which the right asserted was initially recognized by the Supreme
 Court, if that right has been newly recognized by the Supreme Court and made retro-
 actively applicable to cases on collateral review; or
*(4) the date on which the facts supporting the claim or claims presented could have
 been discovered through the exercise of due diligence.
```

" The essential Sixth Amendment inquiry is whether a fact is an element of the crime. When a finding alters the legally prescribed punishment so as to aggravate it, the fact necessarily forms a constituent part of a new offense and must be submitted to the jury. It is no answer to say that the defendant could have received the same sentence for assault, if the jury only finds the facts for larceny, even if the punishments described for each crime are identical. One reason is that each crime has different elements and a defendant can be convicted only if the jury has found each element of the crime of conviction." (Thomas, J., joined by Ginsburg, Breyer, Sotomayor, and Kagan, JJ.)

"This increases the penalty to which **Alleyne** was subjected and violated his Sixth Amendment rights" (In **Alleyne** v. United States, 570 US 133 S CT 186 Led 2nd 314 2013 (6-17-13))

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  6-09-14  (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.