THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0120-JCC-1 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JACOB SAUL STUART, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant recently filed a *pro se* motion for compassionate release (Dkt. No. 1223). Counsel has been appointed to represent Defendant in this matter. (Dkt. No. 1224.) Accordingly, the Court hereby ORDERS as follows:

1. Counsel for Defendant shall file any amended or substituted motion on or before November 9, 2020;
2. The United States shall file a response on or before November 18, 2020;
3. Any reply brief will be filed on or before November 24, 2020.
4. The Clerk is DIRECTED to renote Defendant's motion for compassionate release (Dkt. No. 1223) to November 24, 2020.

1      DATED this 23rd day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk