THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JACOB SAUL STUART, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration or, in the alternative, renewed motion for compassionate release (Dkt. No. 1249). Defendant argues that new facts and the Ninth Circuit's decision in *U.S. v. Aruda*, 993 F.3d 797 (9th Cir. 2021), warrant a reduction in sentence. (*See generally id.*) The Court views this filing to be a renewed motion for compassionate release. The Clerk is DIRECTED to renote the motion to October 8, 2021. The Government's response, if any, is due October 1, 2021. Defendant's reply, if any, is due October 8, 2021.

//

//

//

MINUTE ORDER
CR11-0120-JCC
PAGE - 1

1 | DATED this 23rd day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk